IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT

2006 OCT -6  P 3: 34

| | |
|---|---|
| DAVID WALKER, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV605-048 |
| ROBERT MADDISON, JR.; WILLIAM AUSTIN; MICHAEL MCGINNIS, and MALINDA GRAHAM, | |
| Defendants. | |

### ORDER

Plaintiff has filed a request for a "Court Order to Charge Each Defendants and Witnesses with Perjury." Plaintiff's request is **DENIED**.

**SO ORDERED**, this 6th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)